UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2
R.A. LEBRON, ESQ.
SPS1673
bankruptcy@feinsuch.com

In Re:

JOHN KEMP

    Debtor(s).

Case No.: 19-18908 ABA

Adv. No.:

Chapter: 13

Hearing Date: August 6, 2019

Judge: Hon. Andrew B. Altenburg, Jr.

**NOTICE OF MOTION TO VACATE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1) AND TO OBTAIN PROSPECTIVE/IN-REM RELIEF UNDER 11 U.S.C. 362(d)(4)(B) AND IF NECESSARY, TO REOPEN/REINSTATE CASE SO THAT SAID MOTION MAY BE HEARD**

TO:    ISABEL C. BALBOA
       CHAPTER 13 STANDING TRUSTEE
       CHERRY TREE CORPORATE CENTER
       535 ROUTE 38 - SUITE 580
       CHERRY HILL, NJ 08002
       Trustee in Bankruptcy

       JOHN KEMP
       1316 KINGS HIGHWAY
       HADDON HEIGHTS, NJ 08035
       Pro Se Debtor(s)

SIR and MADAM:

PLEASE TAKE NOTICE that the undersigned attorney for the Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2, shall move before the United States Bankruptcy Judge Hon. Andrew B. Altenburg, Jr., 401 Market Street, 2nd Floor Camden, New Jersey 08101 on, the 6th day of August, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, for the following relief:

A.  For an Order Vacating the Automatic Stay and providing for Prospective/In-Rem Relief pursuant to 11 U.S.C. 362 (d)(1) and 11 U.S.C. 362 (d)(4)(B), with respect to real property located at <u>120 CHESTNUT ST, AUDUBON, NJ 08106-1510</u> and allowing SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2, to continue with its foreclosure action.  Movant will also seek to reinstate or reopen this matter, if necessary, should the matter be dismissed or closed prior to the hearing of this motion; and

B.  For such other relief as is just including a waiver of Fed. R. Bankr. P. 4001(a)(3).

**STATEMENT OF NON-NECESSITY OF BRIEF**: The Movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves

common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, counsel will rely upon the Affidavit or Certification of Secured Creditor.

Dated: 06/03/2019

                                      **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                      Attorneys for Secured Creditor

                                      /s/ R.A. Lebron, Esq.
                                      R.A. LEBRON, ESQ.